

# United States District Court
# Eastern District of California

|                          |                    |
|--------------------------|--------------------|
| Plaintiff(s)             | Case Number: ___   |
| V.                       |                    |
| Defendant(s)             | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

_____

On _____ (date), I was admitted to practice and presently in good standing in the _____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____
_____

Date: _____        Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

Applicant's Name: _____

Law Firm Name: _____

Address: _____

_____

City: _____ State: _____ Zip: _____

Phone Number w/Area Code: _____

City and State of Residence: _____

Primary E-mail Address: _____

Secondary E-mail Address: _____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: _____

Law Firm Name: _____

Address: _____

_____

City: _____ State: _____ Zip: _____

Phone Number w/Area Code: _____ Bar # _____

## **ORDER**

Dated: 11/01/2023
_____

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

**MRE – COURTS ADMITTED**

| COURT | DATE OF ADMISSION |
|---|---|
| The Florida Bar | 10-15-1996 |
| Middle District of Florida | 2-28-1997 |
| Southern District of Florida | 4-21-2015 |
| Eastern District of Michigan | 3-01-2018 |
| U.S. Court of Appeals, Eleventh Circuit | 6-08-2018 |
| Western District of Tennessee | 8-26-2019 |
| Northern District of Florida | 9-11-2020 |
| Southern District of New York | 6-8-2018 |
| Northern District of Illinois (pro hac) | |
| Southern District of Indiana (pro hac) | |
| Middle District of Tennessee (pro hac) | |
| Northern District of Alabama (pro hac) | |
| Northern District of Georgia (pro hac) | |
| Southern District of Georgia (pro hac) | |
| Northern District of Ohio (pro hac) | |
| Central District of California (pro hac) | |
| Southern District of New York (pro hac) | |
| Eastern District of Pennsylvania (pro hac) | |
| Western District of Pennsylvania (pro hac) | |

# Supreme Court of Florida

## Certificate of Good Standing

I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

### MARC REED EDELMAN

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on **OCTOBER 15, 1996**, is presently in good standing, and that the private and professional character of the attorney appear to be good.



WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this OCTOBER 23, 2023.

_____
Clerk of the Supreme Court of Florida